**Order entered March 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01063-CV

### DOUBLE DIAMOND-DELAWARE, INC., ET AL., Appellants

### V.

### JEANETTE ALFONSO, ET AL., Appellees

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-16333

## ORDER

Before the Court is appellants' March 13, 2019 unopposed joint motion for an extension of time to file their respective briefs. We **GRANT** the motion and extend the time to **April 22, 2019**.

/s/     KEN MOLBERG
        JUSTICE